IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

VINEYARD INVESTMENTS, LLC                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:06cv467-HTW-LRA

KROGER LIMITED PARTNERSHIP I                                          DEFENDANT

---

## ORDER OF DISMISSAL

---

Counsel for the parties has informed the Court on this date that the parties have reached a compromise and settlement of all pending claims in this matter but need additional time to complete the paperwork.

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.  If any party fails to consummate this settlement within sixty (60) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

ORDERED, this the 11th day of May, 2007.

_____ s/Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE